FILED
AUG 14 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. IVAN SUMANO-MASCARENO (1) RICHARD CASTILLO (2), Defendant. | Criminal Case No. 08cr2707-W<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about July 29, 2008, within the Southern District of California, defendants IVAN SUMANO-MASCARENO and RICHARD CASTILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esteven Colima-Lambaren, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: Aug 14, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:mg:San Diego
8/4/08