AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

Southern DISTRICT OF California

FILED

AUG 14 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA
V.
Richard Castillo

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2707W

I, Richard Castillo, the above named defendant, who is accused of

8 USC § 1324 (a)(1)(A)(ii) and (v)(II)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14/08 *Date* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer*